IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL D. MITCHELL and | : | CASE NO.: 24-10564-amc |
| BETTY J. MITCHELL | : | |
|     Debtors | : | |
| ================================================================ | | |
| FOURSIGHT CAPITAL LLC, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| MICHAEL D. MITCHELL and BETTY J. | : | |
| MITCHELL | | |

**CERTIFICATION OF DEFAULT FOR**
**STIPULATION OF SETTLEMENT OF MOTION FOR RELIEF**

    I, Kimberly A. Bonner, Esquire, attorney for Foursight Capital LLC, hereby certify that Debtors are in default under the terms of the filed Stipulation and Order of Court, dated October 17, 2024, approving said Stipulation for failure to make payments when due and to cure the default within ten (10) days written notice of the default as evidenced by the attached letter. In accordance with the Order and Stipulation, relief from stay is hereby granted to Movant as it affects its interest in Debtor's Vehicle more specifically described as a 2013 Ford Edge VIN # 2FMDK4KC8DBB73372 ("Vehicle").

                                                JSDC LAW OFFICES

Dated: **9/8/2025**

                                          By:    /s/ Kimberly A. Bonner, Esquire
                                          Scott A. Dietterick, Esquire (PA ID #55650)
                                          Kathryn L. Mason, Esquire (PA ID #306779)
                                          Kimberly A. Bonner, Esquire (PA ID #89705)
                                          11 East Chocolate Avenue, Suite 300
                                          Hershey, PA 17033
                                          (717) 533-3280
                                          E-mail: sad@jsdc.com; klm@jsdc.com;
                                          kab@jsdc.com
                                          *Attorneys for Movant*