**JSDC Law Offices**

M. Smith • Dietterick • Connelly • Yahn • Seeber • Brann • J. Smith • Miloszewski • Mason • Aplin

August 14, 2025

Michael D Mitchell
4060 Balwynne Park Road #2F
Philadelphia, PA 19131

Betty J Mitchell
4060 Balwynne Park Road #2F
Philadelphia, PA 19131

RE:  NOTICE OF DEFAULT UNDER STIPULATION SETTLING MOTION FOR RELIEF FROM STAY RE. 2013 Ford Edge VIN # 2FMDK4KC8DBB73372

Dear Mr. & Mrs. Mitchell:

Our firm represents Foursight Capital LLC with respect to its lien on your vehicle known as a 2013 Ford Edge VIN # 2FMDK4KC8DBB73372 ("Vehicle").  Pursuant to the Stipulation settling Foursight Capital LLC's Motion for Relief dated September 30, 2024, approved by the Court, you are in default for failure to make your full, timely payments for the months of May through July 2025 in the amount of $446.77 each for a total due post-petition of **$1,340.31.**

Payment of the amount due must be received by Foursight Capital LLC by Monday August 25, 2025.  Should you fail to pay the amount due within the time prescribed, I intend to file a Certification of Default with the Bankruptcy Court entitling Foursight Capital LLC to relief from the automatic stay in order to proceed with action to repossess the Vehicle.

Pursuant to the Stipulation, a copy of this Notice was emailed to your attorney, Brad Sadek, Esquire.  Should you have any questions, please refer them to Mr. Sadek.

Sincerely,

**JSDC Law Offices**

*/s/ Kimberly A. Bonner*

Kimberly A. Bonner, Esquire
kab@jsdc.com

Enclosures

cc. Brad Sadek, Esq. (via email)

---

**MAIN OFFICE:**
11 East Chocolate Avenue
Suite 300
Hershey, PA 17033

**WEST SHORE OFFICE:**
555 Gettysburg Pike
Suite C400
Mechanicsburg, PA 17055

TEL. 717.533.3280

WWW.JSDC.COM

Max J. Smith, Jr.
Scott A. Dietterick
John J. Connelly, Jr.
Neil W. Yahn
Edward P. Seeber
Christine T. Brann
Jessica E. Smith
Alexis M. Miloszewski
Kathryn L. Mason
Christa M. Aplin
James F. Spade
Kimberly A. Bonner
Sarah M. Lockwood
Ebony R. Hammond

SPECIAL COUNSEL:
Susan M. Kadel

OF COUNSEL:
Gregory K. Richards
A. Mark Winter

Gary L. James (1950-2017)